Margaret Dempsey, an Infant, by Annie Dempsey, Her Guardian ad Litem, Appellant, v. The City of New York, Respondent.— Judgment and order unanimously affirmed, with costs, on authority of *Foster* v. *City of*

*New York* (168 App. Div. 924), decided April 1, 1915. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.